## No. 17,826.

CHARLES J. HARRAH *v*. STATE BOARD OF LAND
COMMISSIONERS AND THE CITY AND
COUNTY OF DENVER.
(298 P. [2d] 398)

Decided June 11, 1956.

Mr. JOHN J. GIBBONS, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mr. SAMUEL R. FREEMAN, Assistant, for defendant in error State Board of Land Commissioners.

Mr. JOHN C. BANKS, City Attorney, Mr. THOMAS A. GILLIAM, Assistant, for defendant in error City and County of Denver.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.